UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROGER D. GUYTON, | No. CV 08-02666-RGK (VBK) |
|     Petitioner, | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
|     v. | |
| STATE OF CALIFORNIA, et al., | |
|     Respondents. | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition and Objections, all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Amended Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Amended Report and Recommendation,(2) Respondent's Motion to Dismiss is granted; and (3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: January 5, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE