JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ROGER D. GUYTON, | ) | No. CV 08-02666-RGK (VBK) |
| Petitioner, | ) | [AMENDED] JUDGMENT |
| v. | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.


DATED: January 5, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE